# EXHIBIT A



Salvatore Purpura
Treasurer
Josh Hawley For Senate
6334 Pumpernickel Lane
Monroe, NC 28110

November 22, 2021

Federal Election Commission
Attn: FOIA Requester Service Center
1050 First Street, NE
Washington, DC 20463

Re: Freedom of Information Act (FOIA) Request

To Whom It May Concern:

I submit this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and 11 C.F.R. § 4.1 *et seq*. I request that a copy of the records detailed below be provided to me. I do not wish to inspect the records first.

I seek any and all records, as that term is defined under FOIA (5 U.S.C. § 552(f)(2)), and applicable case law (*see, e.g., Forsham v. Harris*, 455 U.S. 169, 193 (1980)), existing in any format whatsoever, including, but not limited to, written correspondence, email correspondence, records of telephone correspondence, records pertaining to in-person meetings, calendar or scheduling entries, videotapes, photographs, computer print- outs, telephone messages, or voice mail messages.

In particular, I request the following:

(1) Records of votes cast by FEC Commissioners in connection with any and all of the following matters:

- Matter Under Review 7427
- Matter Under Review 7497
- Matter Under Review 7621
- Matter Under Review 7524
- Matter Under Review 7553
- Matter Under Review 7558
- Matter Under Review 7560

**PAID FOR BY JOSH HAWLEY FOR SENATE**

- Matter Under Review 7621
- Matter Under Review 7654
- Giffords v. Federal Election Commission, 1:19-cv-01192

(2) Statements of Reasons prepared by FEC Commissioners in connection with any and all of the following matters:

- Matter Under Review 7427
- Matter Under Review 7497
- Matter Under Review 7621
- Matter Under Review 7524
- Matter Under Review 7553
- Matter Under Review 7558
- Matter Under Review 7560
- Matter Under Review 7621
- Matter Under Review 7654
- Giffords v. Federal Election Commission, 1:19-cv-01192

Please be advised that all respondents to these matters have waived their rights to confidentiality under 52 U.S.C. § 30109 and 11 C.F.R. § 111.21. These waivers are on file with the Federal Election Commission Office of General Counsel. Accordingly, Section 30109 should not serve as an impediment to disclosure of the requested records.

Notice is hereby given that I am requesting these records as an "other requestor[]" within the meaning of 5 U.S.C. § 552(a)(4)(A)(ii)(III) and 11 C.F.R. § 4.9(c)(1)(iv).

Notice is hereby given that I am willing to pay the appropriate fees incurred and assessed for the "document search and duplication" of the agency records responsive to this request. 5 U.S.C. § 552(a)(4)(A)(ii)(III); *see also* 11 C.F.R. § 4.9(c)(1)(iv).

Please search for responsive records regardless of format, medium, or physical characteristics. I request that responsive records be produced in native format, or the format most felicitous to an expedited production. Upon receipt of this request, please take all reasonable steps to preserve relevant public records while the request is pending.

If it is your position that any portion of the requested records is exempt from disclosure, I request that you provide a *Vaughn* index of those documents. See *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). As you are aware, a *Vaughn* index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." *Founding Church of Scientology v. Bell*, 603 F.2d 945, 959 (D.C. Cir. 1979). Moreover, the Vaughn index must "describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of supplying the sought- after information." *King v. U.S. Dep't of Justice*, 830 F.2d 210, 223–24 (D.C. Cir. 1987).

**PAID FOR BY JOSH HAWLEY FOR SENATE**

In the event that some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable, non-exempt portions of the requested records. See 5 U.S.C. § 552(b). Pursuant to regulation, please clearly delineate any and all redactions in such a manner so that the justification for each redaction is apparent. *See* 11 C.F.R. § 4.5(c). If it is your position that a document contains non-exempt segments and that those non-exempt segments are so dispersed throughout the documents as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed through the document. *Mead Data Cent. v. U.S. Dep't of the Air Force*, 455 F.2d 242, 261 (D.C. Cir.
1977). Claims of non-segregability must be made with the same detail as required for claims of exemptions in a *Vaughn* index. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

If you have any questions about this request, please do not hesitate to contact me by phone at (704) 668-1993 or by email at **salpurpura2010@gmail.com**.  If records are available in electronic format, please email the documents to **salpurpura2010@gmail.com**.  If not, please send the requested documents to my attention at:

    **Salvatore Purpura**
    **Treasurer**
    **Josh Hawley For Senate**
    **6334 Pumpernickel Lane**
    **Monroe, NC 28110**

Because of the time-sensitive nature of this request, I ask that you strictly comply with the 20-day time limit established by FOIA and applicable FEC regulations. *See* 5 U.S.C. § 552(a)(6)(A); 11 C.F.R. § 4.7(c). Please be advised that once this 20-day period has expired, you are deemed to have constructively denied this request, and I will consider the internal appeals process to be constructively exhausted. *See, e.g., Citizens For Ethics And Responsibility In Government v. Fed. Election Comm'n*, 711 F.3d 180 (D.C. Cir. 2013). I also respectfully request that documents be made available as soon as they are located and reviewed via a rolling production. I will undertake to pay any and all reasonable increased costs incurred as part of a rolling production.

    Sincerely,

    Sal Purpura
    Treasurer Josh Hawley for Senate

**PAID FOR BY JOSH HAWLEY FOR SENATE**