# EXHIBIT B

**Subject:** Your Freedom of Information Act Request to the Federal Election Commission FOIA (2022-014)
**Date:** Wednesday, November 24, 2021 at 8:21:52 AM Eastern Standard Time
**From:** FOIA
**To:** Mike Bayes
**Attachments:** image001.jpg

Your Freedom of Information Act Request to the Federal Election Commission FOIA (2022-014)

Dear Mr. Bayes:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request dated November 23, 2021.

Specifically, you requested the following:

"1) Records of votes cast by FEC Commissioners in connection with any and all of the following matters:
Matter Under Review 7427
Matter Under Review 7497
Matter Under Review 7621
Matter Under Review 7524
Matter Under Review 7553
Matter Under Review 7558
Matter Under Review 7560
Matter Under Review 7621
Matter Under Review 7654
Giffords v. Federal Election Commission, 1:19-cv-01192
(2) Statements of Reasons prepared by FEC Commissioners in connection with any and all of the following matters:
Matter Under Review 7427
Matter Under Review 7497
Matter Under Review 7621
Matter Under Review 7524
Matter Under Review 7553
Matter Under Review 7558
Matter Under Review 7560
Matter Under Review 7621
Matter Under Review 7654
Giffords v. Federal Election Commission, 1:19-cv-01192."

We received your request on November 23, 2021.

We will soon be initiating our search for records responsive to your request. If we determine that you have requested a voluminous amount of records that require extensive searching and examination, we will contact you to discuss your willingness to modify your request.

Any questions regarding the status of this request should be directed to our office at foia@fec.gov or 202-694-1650. Please cite the following unique tracking number in all future correspondence regarding this

matter: FOIA Request 2022-014.

Thank you for contacting the Federal Election Commission.

Sincerely,

Christopher Mealy
FEC FOIA Requester Service Center

---

**From:** Mike Bayes <jmbayes@HoltzmanVogel.com>
**Sent:** Tuesday, November 23, 2021 9:13 AM
**To:** FOIA <FOIA@fec.gov>
**Cc:** salpurpura2010@gmail.com
**Subject:** FREEDOM OF INFORMATION ACT REQUEST

The attached **Freedom of Information Act Request** is submitted on behalf of Josh Hawley for Senate, and Salvatore Purpura, in his capacity as Treasurer.

Please let us know if you have any questions or require additional information.

Thank you,

**Michael Bayes**
**Holtzman Vogel Baran Torchinsky & Josefiak PLLC**
**Mobile: (571) 235-7130**
jmbayes@HoltzmanVogel.com // www.HoltzmanVogel.com

**Washington DC Office**
2300 N Street, NW, Ste 643-A
Washington, DC  20037
**(202) 737-8808**

**Virginia Office**
15405 John Marshall Highway
Haymarket, VA  20169
**(540) 341-8808**



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.