# EXHIBIT C

**Subject:** Freedom of Information Act Request to the Federal Election Commission (2022-014)
**Date:** Wednesday, December 22, 2021 at 11:04:13 AM Eastern Standard Time
**From:** FOIA
**To:** Mike Bayes

VIA ELECTRONIC MAIL

Mike Bayes
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
2300 N Street, NW, Ste 643-A
Washington, DC  20037
(202) 737-8808
jmbayes@HoltzmanVogel.com

**Re:    Your Freedom of Information Act Request to the Federal Election Commission (2022-014)**

Dear Mr. Bayes,

This email concerns the request you filed on behalf of Josh Hawley for Senate, and Salvatore Purpura, Treasurer, for information under the Freedom of Information Act (FOIA) received by the Federal Election Commission's (FEC) FOIA Requester Service Center on November 23, 2021.  Specifically, you requested:

> **Records of votes cast and Statements of Reason in MURs 7427, 7497, 7621, 7524, 7553, 7558, 7560, 7621, and 7654 and in *Giffords v. Federal Election Commission*, 1:19-cv-01192**

In accordance with 5 U.S.C. § 552(a)(6)(B)(i) and 11 C.F.R. § 4.7(c), we are extending the processing period to respond to your request by ten (10) working days to **January 7, 2022.**  This extension is necessary because your request requires consultation with two or more components of the Commission which have a substantial subject matter interest in the request. 11 C.F.R. § 4.7(c)(3).

If you have any questions about this letter, you may contact the FOIA Requester Service Center at (202) 694-1650 or by email at FOIA@fec.gov.  Please include the following tracking number in all future correspondence regarding this matter – FOIA Request 2022-014.

Sincerely,

Steve N. Hajjar

FOIA Requester Service Center