EXHIBIT E

**Subject:**  Freedom of Information Act Request to the Federal Election Commission (2022-014)
**Date:**  Friday, March 25, 2022 at 3:02:33 PM Eastern Daylight Time
**From:**  FOIA
**To:**  Mike Bayes
**CC:**  Press
**Attachments:** 2022-014 Bayes Final Record.pdf


<u>VIA ELECTRONIC MAIL</u>

Mike Bayes
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
2300 N Street, NW, Ste 643-A
Washington, DC  20037
(202) 737-8808
jmbayes@HoltzmanVogel.com

**Re:    Your Freedom of Information Act Request to the Federal Election Commission (2022-014)**

Dear Mr. Bayes,

This email responds to the request you filed on behalf of Josh Hawley for Senate, and Salvatore Purpura, Treasurer, for information under the Freedom of Information Act (FOIA) received by the Federal Election Commission's (FEC) FOIA Requester Service Center on November 23, 2021. Specifically, you requested:

> **Records of votes cast and Statements of Reason in MURs 7427, 7497, 7621, 7524, 7553, 7558, 7560, 7621, and 7654 and in *Giffords v. Federal Election Commission*, 1:19-cv-01192**

On January 7, 2022, the FOIA Service Center produced six pages of records responsive to your request, consisting of vote certifications in *Giffords v. FEC*, No. 19-1192. We also informed you that we were withholding 32 pages of materials under FOIA Exemptions 3(A) and 5, which consist of vote certifications and a Statement of Reasons in MURs 7427, 7497, 7621, 7524, 7553, 7558, 7560, 7621, and 7654.

We have located one additional page of responsive records that is attached to this email.

This completes the FEC's response to your request.

You may contact our FOIA Public Liaison, Christine McClarin, at (202) 694-1485 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at <u>ogis@nara.gov</u>; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Chief FOIA Officer, Federal Election Commission, 1050 First St., N.E., Washington, DC 20463, or

sending an e-mail to foia@fec.gov.  Any such appeal should follow the guidelines set forth in the Commission's FOIA regulations at 11 C.F.R. § 4.8.  Thank you for contacting the FEC.

Sincerely,

Steve N. Hajjar
FOIA Service Center

BEFORE THE FEDERAL ELECTION COMMISSION

In the Matter of                                          )
                                                          )   Civ. No. 19-1192 (EGS) (D.D.C. filed
Giffords v. FEC                                           )   April 24, 2019)
                                                          )

<u>CERTIFICATION</u>

I, Laura E. Sinram, recording secretary for the Federal Election Commission executive

session on May 23, 2019, do hereby certify that the Commission failed by a vote of 3-1 to release

the certification of the Commission in the vote for *Giffords v. FEC* and release it publicly.

Commissioners Hunter, Petersen, and Walther voted affirmatively for the motion.

Commissioner Weintraub dissented.

Attest:

_5/23/19_
Date

Laura E. Sinram
Deputy Secretary of the Commission