EXHIBIT G

**From:** FOIA FOIA@fec.gov
**Subject:** Freedom of Information Act Appeal to the Federal Election Commission (2022-04-A)
**Date:** April 27, 2022 at 9:53 AM
**To:** Mike Bayes jmbayes@HoltzmanVogel.com



<u>VIA ELECTRONIC MAIL</u>

Michael Bayes
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
2300 N Street, NW, Ste 643-A
Washington, DC  20037
(202) 737-8808
jmbayes@HoltzmanVogel.com

**Re:**   **Your Freedom of Information Act Appeal to the Federal Election Commission
(2022-04-A)**

Dear Mr. Bayes,

This email concerns the FOIA Appeal you filed on behalf of Josh Hawley for Senate and
Salvatore Purpura, Treasurer, received by the Federal Election Commission's (FEC) FOIA
Requester Service Center on March 30, 2022.  You requested:

> **Records of votes cast and Statements of Reason in MURs 7427, 7497, 7621,
> 7524, 7553, 7558, 7560, 7621, and 7654 and in *Giffords v. Federal Election
> Commission*, 1:19-cv-01192**

On January 7, 2022, the FOIA Service Center produced six pages of records responsive to
your request, consisting of vote certifications in *Giffords v. FEC*, No. 19-1192.  We also
informed you that we were withholding 32 pages of materials under FOIA Exemptions 3(A)
and 5, which consist of vote certifications and a Statement of Reasons in MURs 7427, 7497,
7621, 7524, 7553, 7558, 7560, 7621, and 7654.  On March 25, we provided you with one
additional page of records.

Upon review of your FOIA appeal, the Commission was unable to render an opinion on
whether to approve or deny the appeal by a majority vote.

The 2007 FOIA amendments created the Office of Government Information Services
(OGIS) to offer mediation services to resolve disputes between FOIA requesters and federal
agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect
your right to pursue litigation.  You may contact OGIS at:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road
> College Park, MD 20740-6001
> E-mail: ogis@nara.gov
> Telephone: 202-741-5770
> Fax: 202-741-5769

Toll-free: 1-877-684-6448

You are advised that you may bring a civil action in U.S. District Court with respect to any adverse FOIA determination.  If you have any questions, please contact the FOIA Requester Service Center at FOIA@fec.gov or (202) 694-1650.


Sincerely,

Steve N. Hajjar
FOIA Requester Service Center