CO-386
10/2018

# United States District Court
# For the District of Columbia

Josh Hawley for Senate )
)
)
)
                    Plaintiff )      Civil Action No._____
            vs )
Federal Election Commission )
)
)
                    Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Josh Hawley for Senate__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Josh Hawley for Senate__ which  have

any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

976033
_____
BAR IDENTIFICATION NO.

Jason B. Torchinsky
_____
Print Name

2300 N Street NW, Suite 643A
_____
Address

Washington, DC 20037
_____
City            State            Zip Code

540-341-8808
_____
Phone Number