# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSH HAWLEY FOR SENATE, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 22-1275 (EGS) |
| ) | |
| v. ) | |
| ) | CONSENT MOTION TO |
| FEDERAL ELECTION COMMISSION, ) | AMEND SCHEDULING ORDER |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

The Federal Election Commission ("FEC") respectfully requests an amendment of the Scheduling Order the Court entered in this case by Minute Order on August 25, 2022. As the FEC has previously advised the Court, on August 29, 2022, there was a successful vote to close the file in FEC Matters Under Review ("MURs") 7427, 7497, 7524, and 7553, administrative enforcement matters about which plaintiff Josh Hawley for Senate has sought records from the Commission pursuant to the Freedom of Information Act ("FOIA"). As a result of these file closures, plaintiff will shortly have certain information from the MURs that were the subject of previous exemption claims, including formal Office of General Counsel recommendations, Commissioner vote certifications, and statements of reasons. (FEC Notice of Subsequent Developments, Sept. 1, 2022 (ECF No. 20).) Under these circumstances, an amendment of the scheduling order is appropriate to reflect the narrowing of the issues in this case and to set a date for a status report within 30 days regarding whether any further proceedings are necessary, with that report to include a proposed schedule for any such proceedings. This will allow time for the processing and release of additional documents, as well as for the parties to evaluate these developments and attempt to resolve any remaining issues.

Pursuant to Local Civil Rule 7(m), counsel for the FEC has conferred with counsel for plaintiff, who consent to the revised scheduling order.

Entering the schedule requested in the attached proposed order will provide the parties necessary time to address the significant factual developments in this case and to confer regarding the scope of the case, and it will not prejudice any party.

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov | /s/ *Greg J. Mueller*<br>Greg J. Mueller (D.C. Bar. No. 462840)<br>Attorney<br>gmueller@fec.gov |
| Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov | COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION<br>1050 First Street, NE<br>Washington, DC 20463<br>(202) 694-1650 |
| Harry J. Summers<br>Assistant General Counsel<br>hsummers@fec.gov | September 20, 2022 |