**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSH HAWLEY FOR SENATE, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 22-1275 (EGS) |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] |
| FEDERAL ELECTION COMMISSION, | ) | AMENDED SCHEDULING ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] AMENDED SCHEDULING ORDER

Pursuant to the consent motion submitted by the parties, it is hereby ORDERED that the parties file a status report within 30 days regarding whether any further proceedings are necessary and a proposed schedule for any such proceedings:

It is so ORDERED.

_____
Date

_____
Hon. Emmet G. Sullivan
United States District Judge