UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSH HAWLEY FOR SENATE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL ELECTION COMMISSION, )<br>)<br>    Defendant. )<br>) | Civ. No. 22-1275 (EGS)<br><br><br><br>JOINT REPORT |

**JOINT REPORT**

Pursuant to this Court's Minute Order of September 21, 2022, the parties submit this joint report. This is a Freedom of Information Act ("FOIA") case involving materials related to certain administrative matters before the FEC. As the FEC has previously advised the Court, there was a successful vote to close the file in the administrative matters. As a result of the file closures, plaintiff has obtained the information it sought that was previously the subject of exemption claims. (*See* FEC Notice of Subsequent Developments, Sept. 1, 2022 (Docket No. 14); Consent Mot. to Modify Scheduling Order, Sept. 20, 2022 (Docket No. 15).)

The parties are continuing to confer and make progress in determining whether any further proceedings are necessary. At this point, the parties request that the Court set a date for a further status report to allow more time for the parties to attempt to resolve remaining issues.

A proposed order, setting a 30-day deadline for a further status report, is attached.

                Respectfully submitted,

| | |
|---|---|
| /s/Jason Torchinsky<br>Jason Torchinsky (D.C. Bar No. 976033)<br>jtorchinsky@holtzmanvogel.com<br>Jessica Johnson (D.C. Bar No. 976688) | Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov |

| | |
|---|---|
| jessica@holtzmanvogel.com<br>J. Michael Bayes (D.C. Bar No. 501845)<br>jmbayes@holtzmanvogel.com<br>Dennis Polio (D.C. Bar No.198054)<br>dwpolio@holtzmanvogel.com<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY &<br>JOSEFIAK PLLC<br>2300 N Street NW, Suite 643A<br>Washington, DC 20037<br>Tel: (540) 341-8808<br>Fax: (540) 341-8809 | Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov<br><br>Harry J. Summers<br>Assistant General Counsel<br>kdeeley@fec.gov<br><br>/s/ *Greg J. Mueller*<br>Greg J. Mueller (D.C. Bar. No. 462840)<br>Attorney<br>gmueller@fec.gov<br><br>COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION<br>1050 First Street, NE<br>Washington, DC 20463<br>(202) 694-1650<br><br>October 21, 2022 |