## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSH HAWLEY FOR SENATE, | ) |
| Plaintiff, | ) Civ. No. 22-1275 (EGS) |
| v. | ) |
| FEDERAL ELECTION COMMISSION, | ) [PROPOSED] ORDER |
| Defendant. | ) |

## **[PROPOSED] ORDER**

It is hereby ORDERED that the parties file a status report within 30 days regarding whether any further proceedings are necessary and a proposed schedule for any such proceedings.

It is so ORDERED.

_____        _____
Date                               Hon. Emmet G. Sullivan
                                   United States District Judge